# EXHIBIT A

# Letters of Support

Lorraine Cappuccio
8 Elizabeth Lane
Peabody, MA 01960
617-593-9448
lorraine.cappuccio@gmail.com


Hon. Allison D. Burroughs
U.S. District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210


Dear Honorable Judge Burroughs:

I am writing this letter to provide a character reference for my brother Massimo Marenghi, who is currently facing sentencing in your court. Massimo and I have been through a lot together as I've explained to Dr. Gray. We have always been there for each other. He was the big brother all my friends wanted as their own. He was truly my best friend. Being only one year apart in school we shared the same friend group and we were inseparable straight through high school. He was Mr. Popularity and all the teachers loved him. To this day he is still friends with some of them. He was the student that would intervene a fight and everyone knew if they needed help with their car he was the one to ask. Always willing to lend a helping hand without expecting anything in return.

During senior year he was in a serious motorcycle accident. He was hospitalized for over a month and had many surgeries. He was facing the possibility of a partial leg amputation. Because of this he was offered counseling but my mother refused. Talk therapy is considered a negative stigma in her culture. When word got out that he had been in the accident he had so many visitors that the hospital security had to spread them out over three floors. During his recovery I was there for him every step of the way. Fast forward a few years later and I became ill and he didn't leave my side. Carrying me up to bed as I didn't have the energy to walk. Always telling jokes to cheer me up. He is the brother that I would cry into his shoulder and he would just hug me and give me words of comfort.

He was also a hard worker, starting at a young age by working at our father's gas station. He would go straight to work from school and worked most weekends. When most of his friends were playing sports he was fixing cars, mopeds, motorcycles and boats basically anything with a motor. He eventually branched out on his own and started towing and trucking companies.

Before becoming a dad himself he was more like a father than an uncle to my two sons. He loves them as if they are his own. We are a close knit family so we saw each other almost daily when the kids were young. Playing street hockey with him and the neighborhood kids was a frequent occurrence at my parents house. He frequently came to their sporting and school events to cheer them on. He was the fun uncle. Always telling funny stories to make them laugh. Once he became a dad himself all his great qualities shined through even more. He was the best version of himself when he was parenting his kids. Always cooking, making snacks, taking his kids to the park, fishing, camping, and the beach. Of course he had to get them a puppy as he had adopted rescue dogs in the past. His family was now complete.

Holidays are not the same without him. It pains me to see the sadness in my senior parents during these times. Massimo marched to the beat of his own drummer and so the holiday parties were always unpredictable. We never knew what he was going to drive up to the party in as he bought and sold used cars. He bought my kids a mini bike and a ride in toy car that was painted in "Cheez-it" theme. It's still one of my favorite pictures.

One of my favorite memories of him was when my husband and I decided to buy a travel trailer. We knew nothing about camping. Massimo graciously came with us to show us the ropes. After a day of playing it was time to bathe the kids. He told me he would take care of it. He took the kids to the river and washed them with a bar of Ivory soap just like in the TV commercial.

While I understand that Massimo is facing sentencing for his actions, I ask you to consider the circumstances that led to his desperate actions. He has been let down by people in his life who have taken advantage of his kindness, generosity, and naivety, which has left him mentally broken and in need of therapy. A couple of weeks before his arrest I spoke to my parents about having him admitted to a hospital against his will for his depression. I was concerned that he would hurt himself. He pretty much slept all day only getting up and out when he had visitation with his kids. My parents felt we should not move forward with my idea because they felt that if he was hospitalized that it would affect his visitation rights with his kids. So you can imagine my surprise and disbelief in what transpired in the weeks following. I believe that with the proper support and guidance, Massimo can turn his life around and become a productive member of society once again.

Thank you for your time and consideration.

Sincerely,

*Louaine Cappuccio*

Hon. Allison D. Burroughs

U.S. District Court

District of Massachusetts

One Courthouse Way

Boston, MA 02210

Dear Judge Burroughs:

I am Maria Daigle, 59 years old, and cousin of Massimo Marenghi. His dad and my dad are brothers. As such, I have many days and years spent with my cousin.

During the times spent with my family, I have always observed Massimo Marenghi to be both a responsible, loving, and caring parent. I have never seen Massimo engage in abusive behavior. In fact, I would describe him as a gentle, caring father, based on my observations. Massimo has always been an integral part of his children's lives by providing the support and guidance of a good father. In fact, Massimo before becoming a father we had so many conversation about when he would be a father and how many kids he wanted to have. Massimo could not wait to have kids and I knew in my heart he would do anything for them. This situation is so out of his character, and I really don't understand how he got here other than wanting to do the best he could for his kids.

Massimo is a very loving, caring, passionate and affectionate father. He's the man who wears his heart on his sleeve and thinks everyone he meets has good intentions. During this difficult time, he's facing his biggest concern are his children. He worries daily wondering if they eat, did they get some fresh air, are they okay, how's school going, wondering where they are, are they socializing with their friends/family.

Growing up with Massimo I watched him always take care of his younger siblings. He would take them to the park and make sure they were safe and demonstrate the love he had for the family. Massimo helped me feel safe while I was learning the English language, he demonstrates ability of an adult at such a young age.

Massimo has a loving and caring family that is awaiting his return. He has young children and his loving parents that miss seeing his young children and Massimo at their house daily. I call my uncle Frank to see how Massimo's children are to get an update because I miss seeing pictures of them growing up. I would ask my uncle Frank to take a picture on their next visit and he would say he can't, the lawyers do not allow that sort of thing. I never dreamed after meeting Jayne and spending time with her that she would not allow her children to not have a relationship with their grandparents. This is crushing to see that these kids are going to grow up, applying to go to colleges, going to high school dances and sports events without their father by their side for emotional support that these kids deserve.



I hope that his help provides a better picture of Massimo Marenghi personality and qualities. Should you need more information, I can be reached at 781-820-6623.

Sincerely,

Maria Daigle

Hon. Allison D. Burroughs

U.S. District Court

District of Massachusetts

One Courthouse Way

Boston, MA 02210


Dear Judge Burroughs:


I am Michelle Marenghi, 49 years old, and the sister of Massimo Marenghi. As such, I have many days and years spent with my brother.

During the times spent with my brother, nieces, and nephew, I have always observed Massimo Marenghi to be both a responsible, loving, and caring parent. I have never seen Massimo engage in abusive behavior. In fact, I would describe him as a gentle, caring father, based on my observations. Massimo has always been an integral part of his children's lives by providing the support and guidance of a good father. In fact, Massimo has never missed one of kid's soccer games, a school play, a dance recital, etc. Massimo drove his children to school and from school each day as well as pack their lunches.

Massimo is a very loving, caring, passionate and affectionate father. He's the man who wears his heart on his sleeve and thinks everyone he meets has good intentions. During this difficult time, he's facing his biggest concern are his children. He worries daily wondering if they eat, did they get some fresh air, are they okay, how's school going, wondering where they are, are they socializing with their friends/family, etc.

Growing up with Massimo as an older brother he always took cared for his younger siblings. My fondest memory of my brother is back in the 80's when he was 18 and I was 11 years old. Cabbage Patch Kids dolls had just come out and they were so hard to find. One day my brother came home after school to surprise me with a set of twins of the dolls. He stood in line for ours at Kmart to purchase these dolls for me as he knew I wanted them desperately as a child. My heart was filled with so much joy and excitement as he demonstrated the love, he has for me. To this day I still have the dolls as this is one of my cherished memories. Other fun memories are he used to take me and our younger brother out for ice cream and go to the movies. It was so cool to hang out with him as he was the school popular kid, so everyone knew him. I would always feel so proud to hang out with him and couldn't wait for our next adventure together.

I have an 8-year-old son who loves his zizi Massimo so much. I enjoyed watching Massimo play with Marcus, hugging him, holding him, helping him to walk and talk. Prior to Marcus starting daycare my brother and ex-wife would watch him while I was at work. As he got older, I enrolled Marcus into daycare up this street from Massimo home. My brother missed him so much and worried about him each day. After Marcus first week of day care I started receiving text messages a few times a week of

Massimo and Marcus during his school day.  Massimo just needed to make sure he okay at daycare and would say he needs hugs and kisses from his zizi.

Massimo has a loving and caring family that is awaiting his return.  His 8-year-old nephew is desperately missing his fun, loving, affectionate, energy, let's do boys stuff uncle.  Even after 2 years of Massimo incarceration they both cry at the end of their conversations and express how much they love each other and miss one another.  As a parent it's crushing to see my son go through this and my brother.

I hope that his help provides a better picture of Massimo Marenghi personality and qualities. Should you need more information, I can be reached at 781-424-6215.

Sincerely,

*M. Marenghi*
Michelle Marenghi

April 30, 2023

Hon. Allison D. Burroughs
U.S. District Court
One Courthouse Way
Boston, MA 02210

Dear Judge Burroughs:

**Subject: Character Reference for Massimo Marenghi**

Your Honor:

Massimo Marenghi and I are first cousins and the same age therefore, I have known him my whole life. We grew up together, our families spent all the holidays together and we would spend time together when I would go down to the Cape. He, his father and uncles and other family members are business owners in their communities. We were taught the importance of family. I can confirm that he is a family man who loved his wife and children. Every time I saw him; he was with his children and everything he did, was for his family. I can remember he was always carrying his son Massimo in his arms when he was a baby and he was with his kids all the time. When he would have visitation with his kids; he would call me by facetime so I could say hello to the kids and so they could keep in touch with his family.

I was aware that he did not want a divorce as he did not want to break up his family. I know he was trying to hold on to his marriage. It was devastating to him when he was only allowed to have short and supervised visits with his kids and very difficult for him that he was not able to be under the same roof with his children daily as he was accustomed too.

I understand that Massimo Marenghi pleaded guilty to paying someone to have his wife murdered; however, he feels terrible for what he did and based on all my experiences of him throughout my life. I have no doubt he would ever do something like this again. I have never known him to be a violent person. I know him as a mild manner soft spoken person who has always been a generous person with a kind heart. Anytime, I had an issue with my car, I could go to him and he would take care of it for me, anytime I was down the Cape he would come pick me up and take me back to the cottage to visit with the kids. When I worked in Boston and he would see me waiting for the bus, he would take me to the train station so I would not have to wait. For these reasons, I believe that this one mistake should be forgiven.

If you need any further information regarding Massimo's character or require me to appear in court to verify the information that I have provided here, please feel free to contact me at (978) 660-1142.

Thank you,

Sincerely,

Mary Marenghi

75 Meadow Lane

North Andover, MA 018445

May 25, 2023

Honor Allison D. Burroughs
U.S District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Subject: Character Letter for Massimo Marenghi

Dear Judge Burroughs:

I am writing this Character Reference on behalf of Massimo Marenghi, I understand that he is appearing before you in court and I would like to demonstrate my support for him. Massimo and I are first cousins. We have known each other our entire lives. We were raised in a loving and devoted family environment in which our families frequently spent time together at many family gatherings and holidays. I believed him to be a very good father and every time I saw him, he was always with his kids.

In my time spent with Massimo I have witnessed him to be a humble, caring and considerate person. I remember a time when I was in need of a car and Massimo insisted, he would help me because of his knowledge of cars, and he could go to the auction to purchase a car for me. Knowing him as well as I do I believe that he is sorry and remorseful for what has happened, and I do not believe this would happen again.

Antonietta Vanella

*Antonietta Vanella*