# EXHIBIT J

# Materials Given to Agent



| | &lt;Your Company Name&gt; | | | | PAGE | |
|---|---|---|---|---|---|---|
| GO | &lt;Your Company Address&gt; | | | | DATE | |
| | &lt;Your Contact Details&gt; | | | | DATE OF EXPIRY | |
| | | | | | ESTIMATE NO. | |
| | | | | | CUSTOMER ID | |

| | | SHIP TO | |
|---|---|---|---|
| t Name&gt; | | &lt;Name / Dept&gt; | |
| Company Name&gt; | | &lt;Client Company Name&gt; | |
| s&gt; | | &lt;Address&gt; | |
| &gt; | | &lt;Phone&gt; | |

**ENT INFORMATION**

| | | Mode of Transportation | |
|---|---|---|---|
| le | | Transportation Terms | |
| f Credit # | | Number of Packages | |
| y | | Est. Gross Weight | |
| t Terms | | Est. Net Weight | |
| p Date | | Carrier | |

| PART # | DESCRIPTION | QTY | UNIT PRICE | SALES TAX | TOTAL |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| | | | |
|---|---|---|---|
| L NOTES, TERMS OF SALE | | SUBTOTAL | |
| | | SUBTOTAL LESS DISCOUNT | |
| | | SUBJECT TO SALES TAX | |
| | | TAX RATE | 0.0 |
| | | TOTAL TAX | |
| | | SHIPPING/HANDLING | |
| | | INSURANCE | |
| | | &lt;OTHER&gt; | |
| | | &lt;OTHER&gt; | |
| | | **Quote Total** $ | - |

e that the above information is true and correct to the best of my knowledge.
re        Date

USAO_0042



USAO_0043